ORDER:

It appears that plaintiff has filed an amended complaint (Docket Entry No. 19) and that defendant Anderson has filed a subsequent motion to dismiss (Docket Entry No. 21). Accordingly, the Clerk is directed to terminate this motion as moot.

John Bryant,
US MJ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| NATASHA HOLLAND, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:13cv1198 |
| | ) |
| v. | ) Judge Sharp |
| | ) Magistrate Judge Bryant |
| THE METROPOLITAN | ) |
| GOVERNMENT OF NASHVILLE | ) |
| AND DAVIDSON COUNTY, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT POLICE CHIEF STEVE ANDERSON'S MOTION TO DISMISS

Defendant Metropolitan Nashville Police Department ("MNPD") Chief of Police Steve Anderson moves to dismiss Plaintiff's complaint against him in this case. Plaintiff has failed to allege a viable constitutional complaint against Chief Anderson. And even if she had, there is no clearly-established law that would have put Chief Anderson on notice that he was violating the Constitution. Thus, he is entitled to qualified immunity and dismissal of all claims directed at him.

### FACTUAL ALLEGATIONS

At around midnight on January 11, 2013, Metropolitan Nashville Police Department ("MNPD") Officer Phillip Shuler pulled Plaintiff over. Officer Shuler asked Plaintiff to step out of her car and perform some sobriety tests. According to Plaintiff, Officer Shuler nearly stepped into traffic while conducting these tests. When Plaintiff expressed her concern to Officer Shuler, he ordered her into his patrol car to perform a breathalyzer test. Plaintiff requested a blood test. At that point, Plaintiff alleges that Officer Shuler flung the patrol car door open, grabbed

1