IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATASHA HOLLAND ) | |
| ) | Case No. 3:13-1198 |
| v. ) | JUDGE SHARP |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON COUNTY, ) | |
| et al., ) | |

**O R D E R**

Pursuant to the Notice of Stipulation to Voluntary Dismissal with Prejudice (Docket Entry No. 36) filed by the Parties, Defendants Metropolitan Police Department, Steve Anderson, and Phillip Shuler are hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE