IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATASHA HOLLAND ) | |
| ) | Case No. 3:13-1198 |
| v. ) | JUDGE SHARP |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON COUNTY, ) | |
| et al., ) | |

**O R D E R**

Pursuant to the Stipulation of Dismissal (Docket Entry No. 38) filed by the Parties, Defendant Metropolitan Government of Nashville and Davidson County is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE